**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| SHEILA PYLE,<br>on behalf of plaintiff and the class<br>members described below,<br><br>Plaintiff,<br><br>vs.<br><br>EAGLE RECOVERY<br>ASSOCIATES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 3:16-cv-1120-DRH-RJD |

**PLAINTIFF'S UNOPPOSED MOTION TO RESET INITIAL STATUS HEARING**

Plaintiff Sheila Pyle, respectfully moves the Court for an order resetting the initial status hearing and the deadline to file an initial status report by 21 days.

In support of this motion, Plaintiff states as follows:

1. An initial pretrial scheduling and discovery conference is currently scheduled in this matter for December 21, 2016 at 10:15 a.m. (Doc. 19)

2. The deadline for the parties to file a joint initial status report is December 13, 2016. (Doc. 19)

3. Defendant has appeared and filed an answer to the complaint. (Doc. 17)

4. The parties have been actively discussing settlement. To that end, defendant is in the process of gathering certain confirmatory documents and information requested by plaintiff.

5. Subject thereto, the parties anticipate that the matter will likely be resolved.

6. Plaintiff therefore requests that the initial status hearing be extended by 21 days, together with the deadline for filing the joint status report, to give the parties additional time to attempt to reach a settlement.

7. Counsel for plaintiff has conferred with Nabil Foster, one of the attorneys representing defendant in this matter, who has indicated that defendant does not oppose the relief sought herein.

WHEREFORE, Plaintiff Sheila Pyle, moves the Court for an order resetting the initial status hearing and the deadline to file an initial status report by 21 days.

s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Emiliya Gumin Farbstein
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2016, I electronically filed the foregoing, with the Clerk of the U.S. District Court, Southern District of Illinois, using the CM/ECF system which shall cause service of the foregoing document on all parties of record.

*s/ Daniel A. Edelman*
Daniel A. Edelman

Daniel A. Edelman
Emiliya Gumin Farbstein
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)